Rev. 2/11

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: **15-12364**

| Caption: | |
|---|---|
| Mariangela Romero, <br><br> Plaintiff/Appellant, <br><br> vs. <br><br> Weiss Rohlig, USA, a Foreign Limited Liability Corporation, <br><br> Defendant/Appellee | District and Division: Southern District Of Florida Miami Div <br> Name of Judge: Honorable James Lawrence King <br> Nature of Suit: Employment Discrimination <br> Date Complaint Filed: April 11, 2013 <br> District Court Docket Number: 13cv21284 <br> Date Notice of Appeal Filed: May 29, 2015 <br> ☐ Cross Appeal   ☐ Class Action <br> Has this matter previously been before this court? <br> ☐ Yes  ☒ No <br> If Yes, provide <br> (a) Caption: <br> (b) Citation: <br> (c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant: <br> ☒ Plaintiff <br> ☐ Defendant <br> ☐ Other (Specify) | Jay M. Levy <br><br> William Brady | 9150 South Dadeland Blvd <br> Suite 1010 <br> Miami, Florida 33156 <br> 800 Brickell Ave <br> Penthouse 2 <br> Miami, Florida 33131 | Phone: 305-670-8100 <br> Fax:    305-670-4827 <br> jay@jaylevylaw.com <br> Phone: 305-358-7688 <br> Fax:    305-358-4010 <br> wbrady@wbradylaw.com |
| For Appellee: <br> ☐ Plaintiff <br> ☒ Defendant <br> ☐ Other (Specify) | David B. Ritter <br><br> Jason Klein | One North Wacker Drive <br> Suite 400 <br> Chicago, Illinois 60606 <br> 2 South Biscayne Blvd. <br> Suite 1881 <br> Miami, Florida 33131 | Phone: 312-357-1313 <br> Fax:    312-757-4800 <br> dritter@btlaw.com <br> Phone: 305-372-1200 <br> Fax:    305-372-9008 <br> jklein@bsklawyers.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question <br> ☐ Diversity <br> ☐ US Plaintiff <br> ☐ US Defendant | ☒ Final Judgment, 28 USC 1291 <br> ☐ Interlocutory Order, 28 USC 1292(a)(1) <br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br> ☐ Interlocutory Order, Qualified Immunity <br> ☐ Final Agency Action (Review) <br> ☐ 54(b) | ☐ Dismissal/Jurisdiction <br> ☐ Default Judgment <br> ☒ Summary Judgment <br> ☐ Judgment/Bench Trial <br> ☐ Judgment/Jury Verdict <br> ☐ Judgment/Directed Verdict/NOV <br> ☐ Injunction <br> ☐ Other _____ | Amount Sought by Plaintiff: <br> $ _____unstated_____ <br> Amount Sought by Defendant: <br> $ _____ <br> Awarded: <br> $ _____0.00_____ <br> to _____ <br> Injunctions: <br> ☐ TRO <br> ☐ Preliminary   ☐ Granted <br> ☐ Permanent      ☐ Denied |

Page 2                                                                                              11th Circuit Docket Number: __15-12364__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☒ No
    What is the issue you claim is one of First Impression?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☒ No

   If Yes, provide
   (a) Case Name/Statute
   (b) Citation
   (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☒ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☒ No

   If Yes, provide
   (a) Case Name
   (b) Citation
   (c) Docket Number if unreported
   (d) Court or Agency

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?  ☐ Yes  ☒ No
   (b) Among circuits?  ☐ Yes  ☒ No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether Plaintiff presented sufficient evidence of pretext to create a jury issue as to whether Defendants' stated reasons for termination of Plaintiff were unworthy of belief where (1) Plaintiff had never been disciplined during her five (5) years of employment and by all accounts, had been an exemplary employee performing her job at a very high level; (2) Defendant never inquired of Plaintiff as to the basis for her termination; (3) Defendant's conclusions with regard to its investigation into Plaintiff's complaint of pregnancy discrimination was contrary to what Defendant's HR department was advised by the witnesses, thereby suggesting the investigation was not conducted in good faith; and (3) Defendant retaliated against Plaintiff by reviewing her accrued paid time off hours where its representatives could not recall why Defendant was conducting a review of Plaintiff's records.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __8th__ DAY OF __June__, __2015__.

__Jay M. Levy__                                              __[signature]__
NAME OF COUNSEL (print)                                      SIGNATURE OF COUNSEL

Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b):  (a) judgments and orders appealed from or sought to be reviewed; (b) any opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.